SHARON HANDROCK MOORE, ESQ.
GEBHARDT & KIEFER, P.C.
1318 Route 31
P.O. Box 4001
Clinton, New Jersey 08809
(908) 735-5161
Attorney for Defendants, Warren County Board of Chosen Freeholders, Warren County Warden Byron Foster, Warren County Sheriff Sal Simonetti, Warren County Correctional Facility, Warren County Correctional Officer Pablo Sanchez, and Warren County Correctional Officer, Jonathan Danberry (previously designated as Warren County Correctional Officer John Doe 3)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD BAILO, | CASE NUMBER: 08-cv-1555 (JAP |
| Plaintiff, | |
| v. | CIVIL ACTION |
| BOARD OF CHOSEN FREEHOLDERS OF WARREN COUNTY, WARREN COUNTY WARDEN BYRON FOSTER, WARREN COUNTY SHERIFF SAL SIMONETTI, WARREN COUNTY SHERIFF OFFICERS JOHN DOES 1 AND 2, WARREN COUNTY CORRECTIONAL FACILITY, WARREN COUNTY CORRECTIONAL OFFICER PABLO SANCHEZ, WARREN COUNTY CORRECTIONAL OFFICER JONATHAN DANBERRY (PREVIOUSLY DESIGNATED AS WARREN COUNTY CORRECTIONAL OFFICER JOHN DOE 3), AND WARREN COUNTY CORRECTIONAL OFFICERS JOHN DOES 4, AND 5, AND WARREN COUNTY CORRECTIONAL OFFICER SERGEANT JANE DOE, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants, | |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice without costs or attorney's fees against any party.

| LOWENTHAL & ABRAMS, P.C. | GEBHARDT & KIEFER, P.C. |
|---|---|
| BY: _____ | BY: _____ |
| DENNIS ABRAMS, ESQ. | SHARON H. MOORE, ESQ. |
| Attorney for the Plaintiffs | Attorney for the Defendants |
| DATED: 9/12/09 | DATED: 9/21/09 |